JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN L. BOYD, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 10-1648-RSWL(OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the First Amended Complaint is dismissed without prejudice.

DATED: October 3, 2011

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
Senior United States District Judge

Prepared by:

*[signature]*

HONORABLE OSWALD PARADA
United States Magistrate Judge